UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. C04-2302-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MINUTE ORDER |
| | ) | |
| REAL PROPERTY LOCATED AT 9049 NE JUANITA DR., KIRKLAND, WASHINGTON, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The following Minute Order is made by direction of the court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Washington Mutual Bank's Petition for Ancillary Hearing and Verified Claim (Dkt. 26) has been referred to Judge Theiler. (Dkt. 31.) Based on discussions between Court staff and counsel for Washington Mutual Bank and the United States, it appears that an ancillary hearing may not be required or appropriate in this action. Therefore, the parties are advised that the Court will defer consideration of Washington Mutual's Petition for Ancillary Hearing and Verified Claim for **thirty (30) days** from the date of this order.

If Washington Mutual determines prior to that time that an ancillary hearing is not necessary, their counsel should file a letter or pleading with the Court indicating that the request for an ancillary hearing should be stricken from the Court's calendar. If no such document is filed

MINUTE ORDER
PAGE -1

01 within 30 days of the date of this order, the Court will issue an order to show cause why the
02 request for an ancillary hearing should not be denied.
03      DATED this  9th  day of  May , 2005.

                                BRUCE RIFKIN, Clerk

                                By s/ Gary W. Burnopp
                                    Deputy Clerk