UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>9049 N.E. JUANITA DRIVE, KIRKLAND, WASHINGTON,<br><br>　　　　　Defendant. | CASE NO. C04-2302<br><br>ORDER |

This matter comes before the Court on attorney Stephan Illa's Motion to Withdraw (Dkt. No. 39). Pursuant to GR 2(f)(4)(A), the Court hereby GRANTS Mr. Illa's motion.

SO ORDERED this   10th   day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1