UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>9049 NE JUANITA DRIVE, KIRKLAND, WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C04-2302JLR<br><br>MINUTE ORDER<br><br>Consolidated with<br>C05-1502<br>C05-1320<br>C05-850 |

　　　　The following minute order is made by the direction of the court, the Honorable James L. Robart:

　　　　Case No. C05-1502 is hereby consolidated with Case Nos. C04-2302, C05-1320 and C05-850. All pleadings filed in any of these four actions should bear the caption above.

　　　　Filed and entered this 30th day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Mary Duett
　　　　　　　　　　　　　　　　　　　　　　By
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER